| | |
|---|---|
| JEREMY HOLLAND, <br><br> Plaintiff, <br><br> vs. <br><br> RAG & BONE INDUSTRIES LLC D/B/A RAG & BONE; ASB/BLATTEIS 1118 126 ABBOT KINNEY, LLC; and DOES 1 to 10, <br><br> Defendants. | **Case No.: CV 19-7006-DMG (MAAx)** <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [28]** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

IT IS SO ORDERED.

DATED: February 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE